No. 73–2027. BREWER, WARDEN, ET AL. *v.* REMMERS ET AL.; and

No. 73–7066. REMMERS ET AL. *v.* BREWER, WARDEN, ET AL. C. A. 8th Cir. Motion of respondents in No. 73–2027 for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari in No. 73–7066. Reported below: 494 F. 2d 1277.

No. 73–7067. FANNON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 74–14. GISSEL, EXECUTRIX, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion of Association of Ship's Brokers & Agents (USA), Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.